1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRIAN SPEARS,

12              Plaintiff,                    No.  2:15-cv-0165 AC P

13         v.

14   EL DORADO COUNTY SHERIFF'S              RELATED CASE ORDER
     DEPARTMENT, et al.,
15

16              Defendants.

17   BRUCE BENTON,

18              Plaintiff,                    No.  2:15-cv-0772 AC P

19         v.

20   EL DORADO COUNTY SHERIFF'S              RELATED CASE ORDER
     DEPARTMENT, et al.,
21

              Defendants.

22   RICHARD ANDERSON,

23              Plaintiff,                    No.  2:15-cv-0773 AC P

24         v.

25   EL DORADO COUNTY SHERIFF'S              RELATED CASE ORDER
26   DEPARTMENT, et al.,

27              Defendants.

28

                                    1

1    TIMOTHY SUDDETH,

2                    Plaintiff,                         No.  2:15-cv-0774 AC P

3          v.

4    EL DORADO COUNTY SHERIFF'S                         RELATED CASE ORDER
     DEPARTMENT, et al.,
5
                    Defendants.
6

7              On April 10, 2015, this court issued an order severing these four cases.  Examination of

8    these actions reveals that they are related within the meaning of Local Rule 123.  These actions

9    "involve similar questions of fact and the same question[s] of law and their assignment to the

10   same . . . Magistrate Judge is likely to effect a substantial savings of judicial effort," Local Rule

11   123(a)(3), and be convenient for the parties.  All plaintiffs have consented to the jurisdiction of

12   the undersigned Magistrate Judge for all purposes.  See 28 U.S.C. § 636(c) and Local Rule

13   305(a).  Should any of these actions also require later assignment to a District Judge, such

14   assignment shall be to the same District Judge assigned to any other of these related cases.

15             Accordingly, IT IS HEREBY ORDERED that the above-identified actions are related.

16   The parties are informed that, although these cases are related under Local Rule 123, they are not

17   consolidated.  The Clerk of Court is directed to make appropriate adjustment in the assignment of

18   civil cases to compensate for this reassignment.

19   DATED: April 13, 2015

20                                                      _____
                                                       ALLISON CLAIRE
21                                                     UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28
                                                     2